Albertina Applequist, appellee, v. B. A. Knight et al., appellants. Gen. No. 6,957.

Bill against a trustee and others to recover for the misappropriation of trust property. Decree for complainant. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh,

(621)

Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922.

B. A., W. D. & A. J. Knight, E. D. Reynolds and F. H. Smith, for appellants. Garrett, Maynard & Hull and Roy F. Hall, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.